# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

_____

LAWRENCE ROEDEL,                    JUDGMENT IN A CIVIL CASE

                Petitioner,            Case No. CV-18-153-M-DLC

vs.

JAMES SALMONSEN,

                Respondent.


_____

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

      Dated this 30th day of December, 2018.

                TYLER P. GILMAN, CLERK

                By: /s/ T. Gesh
                T. Gesh, Deputy Clerk